IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

8:05cv1956-T-17MAP

No. 06-12967 -FF

```
                                    FILED
                            U.S. COURT OF APPEALS
                              ELEVENTH CIRCUIT

                                JUL 1 8 2006

                              THOMAS K. KAHN
                                  CLERK
```

MARTHA LOCKE,
f.k.a. Martha Villareal,

                                                                                 Plaintiff-Appellant,

versus

SUN TRUST BANK,

                                                                                 Defendant-Appellee.

---

Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE: BLACK and DUBINA, Circuit Judges.

BY THE COURT:

    Appellant's motion to reinstate appeal is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
     Deputy Clerk
     Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 18, 2006

Sheryl L. Loesch
Clerk, U.S. District Court
801 N FLORIDA AVE RM 220
TAMPA  FL  33602-3849

**Appeal Number: 06-12967-FF**
Case Style: Martha Locke v. SunTrust Bank
District Court Number: 05-01956 CV-T-17-MAP

The referenced appeal was dismissed July 5, 2006.

Enclosed herewith is a certified copy of this court's order reinstating this appeal.

Appellee's brief is due 30 days from this date.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Marcus Simmons (404) 335-6175

Encl.

REINST-1 (03-2004)